# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 22-1823, 22-1824

Donald Frederick, et al v. Range Resources Appalachia LLC

(U.S. District Court No.: 1-08-cv-00288)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 25, 2022
LMR/cc: Kevin C. Abbott, Esq.
Joseph E. Altomare, Esq.
Robert J. Burnett, Esq.
Devin M. Misour, Esq.
Brendan A. O'Donnell, Esq.
Daniel J. Sponseller, Esq.
Justin H. Werner, Esq.
Colleen Willison,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate